IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

QUILLIAM C. CARROLL                                                                                      PLAINTIFF

vs.                                        4:11CV00066-BRW

PRIMEFLIGHT AVIATION SERVICES, INC.                                          DEFENDANT

## ORDER

The complaint herein was filed in this Court on January 27, 2011. Service on the defendant has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 27th day of June, 2011.


                                                      /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd